USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  09/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAJOR LEAGUE BASEBALL
PROPERTIES, INC.,

                    Petitioner,

           -against-

CORPORACION DE TELEVISION Y
MICROONDA RAFA, S.A,

                   Respondent.

1:19-cv-8669-MKV

JUDGMENT AND ORDER

MARY KAY VYSKOCIL, United States District Judge:

On September 14, 2020, the Court issued an Opinion and Order granting Petitioner's Motion for Summary Judgment and confirming the arbitration award (the "Final Award") from which this case arises [ECF No. 37].

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Petitioner Major League Baseball Properties, Inc. has judgment against Respondent Corporación de Television y Microonda Rafa, S.A., in the liquidated amount of $6,012,463.97 plus (1) post-judgment interest, pursuant to 28 U.S.C. § 1961, accruing thereafter through the date of payment; and (2) under the terms of the Final Award, reasonable attorneys' fees and expenses incurred by Petitioner associated with the collection and enforcement of this Judgment;

2. Petitioner shall submit documentation establishing the reasonable costs and disbursements incurred from the date of the Final Award through the date of issuance of this Judgment and Order that are associated with the conversion of the Final Award into this Judgement and Order and the collection and enforcement of the same.  This documentation shall be submitted on or before **October 5, 2020,** and Respondent shall respond to Petitioner's cost submission on or before **October 20, 2020**.  The Court shall consider Petitioner's submission and Respondent's response and, if appropriate, amend this Judgment to include any additional amount owed to Petitioner.

3. Petitioner shall submit documentation establishing the reasonable costs and disbursements incurred after the date of issuance of this Judgment and Order that are associated with the collection and enforcement of the same.  This documentation shall be submitted within twenty-one (21) days of the full satisfaction of this Judgment and Respondent shall respond to Petitioner's cost submission within fourteen (14) days after it is filed.  The Court shall

consider Petitioner's submission and Respondent's response and, if appropriate, amend this Judgment to include any additional amount owed to Petitioner.

4. This Court retains jurisdiction over the parties and the matter for any further proceedings as may be necessary to enforce the Arbitration Award and any further awards or judgments that may be obtained by Petitioner against Respondent.

**SO ORDERED.**

**Date:  September 14, 2020**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**