UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                            :

MAJOR LEAGUE BASEBALL PROPERTIES,
INC.,                                          :

           Petitioner,           :
                                                  <u>ORDER</u>
                                         :        19 Civ. 8669 (MKV) (GWG)

CORPORACION DE TELEVISION Y
MICROONDA RAFA, S.A.,                :

           Respondent.          :
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

       Petitioner may file a reply to Respondent's opposition on or before November 16, 2020.

       SO ORDERED.

Dated: November 2, 2020
       New York, New York

                                            _____
                                            GABRIEL W. GORENSTEIN
                                            United States Magistrate Judge