UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2021

MAJOR LEAGUE BASEBALL PROPERTIES, INC.,

Petitioner,

-against-

CORPORACION DE TELEVISION Y MICROONDA RAFA, S.A,

Respondent.

1:19-cv-8669-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On September 14, 2020, the Court issued an Opinion and Order granting Petitioner's motion for summary judgment and confirming the arbitration award from which this case arises. [ECF No. 37.] The Court entered judgment and retained jurisdiction over the parties and the matter for any further proceedings as may be necessary to enforce the arbitration award. [ECF No. 38.]

On July 12, 2021, counsel for Respondent moved to withdraw. [ECF No. 66.] Counsel cites, without explanation, "a fundamental disagreement" and "irreconcilable difference of opinion" regarding litigation strategy. [ECF No. 66-1 ¶¶ 4–5, 8.] Counsel offers to provide for the Court's *in camera* review further details concerning the reasons for withdrawal. [*Id.* ¶ 9.]

Accordingly, IT IS HEREBY ORDERED that on or before July 23, 2021, counsel for Respondent shall provide, in affidavit form, for the Court's *in camera* review, additional facts and relevant authority in support of the motion to withdraw. Counsel shall file the document in redacted form (or if necessary, *ex parte* under seal) on ECF and e-mail an unredacted copy to Chambers at VyskocilNYSDChambers@nysd.uscourts.gov.

**SO ORDERED.**

**Date: July 16, 2021**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**