UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MAJOR LEAGUE BASEBEALL PROPERTIES, INC.          :

        Plaintiff,          :    <u>ORDER</u>

  -v.-          :

         19 Civ. 8669 (MKV) (GWG)

CORPORACION DE TELEVISION Y MICROONDA RAFA, S.A.          :

        :

        Defendant.
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    Telemicro International Holding Corporation ("TIHC")'s letter of September 13, 2022 (Docket # 146) states that petitioner is conducting discovery of TIHC's purported owner. It would be inefficient for the Court to consider or decide the pending turnover motion (Docket # 122) on the current record -- only to be presented later with new facts relating to that motion. Accordingly, petitioner is directed to confirm by letter filed on ECF that it has no intention of presenting new facts to support the pending turnover motion. If such is not the case, petitioner should explain what its intentions are, including when and by what it means it seeks to present new facts. The letter shall be filed as soon as possible.

    SO ORDERED.

Dated: September 14, 2022
       New York, New York

                                                  _____
                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge