

October 31, 2022

**TELEMICRO INTERNATIONAL HOLDING CORP**
**5030 BROADWAY, SUITE 706**
**NEW YORK, NY 10034**

RE:  **MAJOR LEAGUE BASEBALL PROPERTIES, INC vs. CORPORACION DE TELEVISION Y MICROONDA RAFA, S.A.**
**CASE NO. 1:19-cv-08669 (MKV)**

Dear Sir / Madam,

TD Bank, N.A. has been served with a Subpoena in the above matter requesting records for accounts held in your name. Enclosed please find a copy of the Subpoena for your files.

In your Account Agreement, you have previously agreed that TD Bank may comply with such subpoenas.

So, unless the Bank is notified by you or your counsel by 3PM on November 4, 2022, that a Motion to Quash the Subpoena has been or will be filed with the Court, the Bank will assume that you consent to its compliance with the Subpoena and will move forward with compliance of the Subpoena by providing requested records to the requesting attorney as detailed in the subpoena.

If you have any questions, please feel free to contact me at 1-800-494-9466 Option 5 or via email at GSI.Subpoenas@td.com with regard to our reference #222340.

Very truly yours,

*Maureen Haney*

Maureen Haney
Subpoena Team Associate II

kbh
Enc