UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MAJOR LEAGUE BASEBEALL PROPERTIES,
INC.                                                           :

             Plaintiff,                      :        ORDER

   -v.-                                                       :
                                                       19 Civ. 8669 (MKV) (GWG)
CORPORACION DE TELEVISION Y                   :
MICROONDA RAFA, S.A.
                                          :
             Defendant.
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Major League Baseball ("MLB") has now placed into the record a deposition that appears to be pertinent to its turnover motion (Docket # 122) — specifically the deposition of Maribeth Gomez taken on September 30, 2022 (Docket # 160-2). So that the Court may decide the turnover motion based on all available information as to the factual issues raised, the Court hereby provides MLB with the option of making that deposition part of the record on the turnover motion.

      Accordingly, any supplemental filing as to the turnover motion referencing the deposition (which may be accomplished by memorandum of law or letter) shall be filed by November 10, 2022. Any response may be filed by November 17, 2022. The parties may change these dates by mutual agreement and without Court order as long as the new dates are disclosed in a letter filed on the ECF system.

      SO ORDERED.

Dated: November 4, 2022
       New York, New York

                                                           GABRIEL W. GORENSTEIN
                                                           United States Magistrate Judge